UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAULA BACA, an individual,

    Plaintiff,

    v.

COUNTY OF SISKIYOU, a political subdivision of the State of California, SISKIYOU COUNTY BOARD OF SUPERVISORS and THOMAS GUARINO, ANN WAITE, ROSE ANN HERRICK, DAVID PRENTICE, as individuals, and Does 1-10,

    Defendants.
_____/

NO. CIV. S-12-2055 LKK/GGH

O R D E R

    As it appears from the parties' pretrial scheduling conference statements that at least one defendant has yet to be served, and one or more defendants plan to file a motion to dismiss under Fed. R. Civ. P. 12(b)(6), the court hereby ORDERS as follows:

    The Scheduling Conference currently set for October 22, 2012 at 11:30 AM is hereby CONTINUED TO February 4, 2013 at 3:30 PM in Courtroom 4 (LKK) before Judge Lawrence K. Karlton. The parties shall file updated status reports no later than 14 days prior to

1

1  the status conference. Plaintiffs are to give notice of the new
2  status conference date to new defendants at the time of their
3  service.
4       IT IS SO ORDERED.
5       DATED:  October 17, 2012.

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2