Thomas Dimitre, Attorney at Law L.L.C.
CSB # 276924
dimitre@mind.net
PO Box 801
Ashland, OR 97520
Telephone: 541-890-5022
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAULA BACA, an individual**<br><br>**v.**<br><br>**COUNTY OF SISKIYOU, a political subdivision of the State of California, SISKIYOU COUNTY BOARD OF SUPERVISORS and THOMAS GUARINO, ANN WAITE, ROSE ANN HERRICK, DAVID PRENTICE, as individuals, and DOES 1-10** | Case No.2:12-cv-02055-LKK-GGH<br><br>**STIPULATION TO EXTEND TIME TO ANSWER MOTION TO DISMISS AND TO RESET HEARING DATE; ORDER** |

WHEREAS, on October 29, 2012, Defendants County of Siskiyou, Siskiyou County Board of Supervisors, Ann Waite, Rose Ann Herrick and David Prentice filed a Motion to Dismiss the individual defendants from all claims.

WHEREAS, the Plaintiff's Response to the Motion to Dismiss is due on November 19, 2012.

1

WHEREAS, the a Hearing on the Motion to Dismiss has been set for December 3, 2012 at 10:00 am, in front of the Honorable Lawrence K. Karlton;

WHEREAS, the Plaintiff and Defendants are discussing potential settlement of the case.

WHEREAS, the parties need more time to explore settlement;

WHEREAS, the parties have stipulated to extend the time for a Response to the Motion to Dismiss until December 3, 2012; and,

WHEREAS, the parties have stipulated to reset the hearing date on the Motion to Dismiss to December 17, 2012;

NOW THEREFORE, the parties hereby STIPULATE and AGREE, and request the Court to order as follows:

The Plaintiff shall have until December 3, 2012 to file a Response to the Motion to Dismiss; and

The hearing on the Motion to Dismiss is reset for December 17, 2012 at 10:00 am, in front of the Honorable Lawrence K. Karlton.

THOMAS DIMITRE, ATTORNEY AT LAW

By: Thomas Dimitre
_____Dated:  Nov. 12, 2012
s/ Thomas Dimitre
Attorney for Plaintiff Paula Baca


COTA COLE LLP

By:
_____Dated:  Nov. 13, 2012
s/ Sean De Burgh
Attorney for Defendants
County of Siskiyou, Siskiyou County Board
of Supervisors, Ann Waite, Rose Ann
Herrick, David Prentice

**ORDER**

The Court having considered the parties' Stipulation, and good cause appearing therefore, the Court hereby ORDERS as follows:

1. The Plaintiff shall have until December 3, 2012 to file a Response to the Motion to Dismiss; and

2. The hearing on the Motion to Dismiss is reset for December 17, 2012 at 10:00 am, before the Honorable Lawrence K. Karlton.

**IT IS SO ORDERED.**

DATED:   November 16, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3