UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAULA BACA, an individual,

        Plaintiff,

                              NO. CIV. S-12-2055 LKK/GGH

   v.

COUNTY OF SISKIYOU, a political
subdivision of the State of         O R D E R
California, SISKIYOU COUNTY
BOARD OF SUPERVISORS and
THOMAS GUARINO, ANN WAITE,
ROSE ANN HERRICK, DAVID
PRENTICE, as individuals,
and Does 1-10,

        Defendants.
_____/

    On October 29, 2012, Defendants County of Siskiyou, Siskiyou County Board of Supervisors, Ann Waite, Rose Ann Herrick, and David Prentice filed a motion to dismiss in the above-captioned case. Defs' Mot., ECF No. 11. A hearing on Defendants' motion to dismiss is currently set for January 14, 2013, at 10:00 A.M. in Courtroom 4. See Minute Order, ECF No. 22.

    On December 17, 2012, Defendant Guarino filed a separate motion to dismiss, and noticed the motion for hearing on January

1

1  28, 2013.  See Def. Guarino's Mot., ECF No. 23, Att. 1.  Defendant
2  Guarino also filed a motion to disqualify counsel, and noticed the
3  motion for hearing on January 28, 2013.  See Def. Guarino's Mot.,
4  ECF No. 24.
5      Accordingly, the court RESETS the hearing on Defendants'
6  motion to dismiss, ECF No. 11, to January 28, 2013 at 10:00 A.M.
7  in Courtroom 4.
8      IT IS SO ORDERED.
9      DATED:  January 3, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2