UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAULA BACA, an individual,

       Plaintiff,

                                  NO. CIV. S-12-2055 LKK/GGH

   v.

COUNTY OF SISKIYOU, a political
subdivision of the State of           O R D E R
California, SISKIYOU COUNTY
BOARD OF SUPERVISORS and
THOMAS GUARINO, ANN WAITE,
ROSE ANN HERRICK, DAVID
PRENTICE, as individuals,
and Does 1-10,

       Defendants.
                                  /

    Pending before the court is Defendant Guarino's motion to disqualify the counsel for Defendants County of Siskiyou, Siskiyou County Board of Supervisors, Ann Waite, Rose Ann Herrick, and David Prentice (collectively, "County Defendants"). Def's Mot., ECF No. 24.

    Having found that a sufficient possibility exists that a conflict of interest will arise in Cota Cole, LLP's representation of the County Defendants in this case, given Defendant Prentice's

1

prior independent conversations regarding the matter at hand with Defendant Guarino, Cota Cole, LLP may not continue to represent the County Defendants in this matter.  Guarino's motion to disqualify counsel is, therefore, GRANTED.

The two separate motions to dismiss portions of Plaintiff's complaint, ECF Nos. 11, 23, brought by County Defendants, and Defendant Guarino, respectively, are STAYED, pending the County Defendants' substitution of counsel.

The County Defendants are given no more than thirty (30) days from the issuance of this order to find new counsel.  The new counsel is given fifteen (15) days thereafter to either re-notice or withdraw the pending motion to dismiss.

Defendant Guarino's motion to dismiss will be set for hearing the same day as any motion to dismiss re-noticed by County Defendants.

The scheduling conference in this matter, currently set for February 4, 2013, at 3:30 PM, is CONTINUED to May 13, 2013, at 10:00 A.M. before Judge Lawrence K. Karlton.  The parties SHALL file updated status reports no later than 14 days prior to the status conference.

IT IS SO ORDERED.

DATED:  January 29, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT