DOMENIC D. SPINELLI, SBN 131192
SPINELLI, DONALD & NOTT
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendants,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BACA, | **CASE NO. 2:12-CV-02055-LKK-CKD** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| COUNTY OF SISKIYOU, et. al. | |
| Defendants. | |

    The above-entitled matter has settled in its entirety as to all Defendants.  The parties are currently working on a mutual Settlement Agreement.  An Order of Dismissal is expected to be filed within 30 days as it must be approved by all parties, the Board of Siskiyou County and all counsel.

Dated: March 13, 2013                SPINELLI, DONALD & NOTT

                                            By:_____/s/ Domenic D. Spinelli_____
                                              Domenic D. Spinelli,
                                              Attorneys for Defendants,
                                              County of Siskiyou, Rose Ann Herrick, Siskiyou
                                              County Board of Supervisors, Ann Waite