DOMENIC D. SPINELLI, SBN 131192
SPINELLI, DONALD & NOTT
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendants,
County of Siskiyou, Rose Ann Herrick, Siskiyou
County Board of Supervisors, Ann Waite

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BACA,<br><br>                    Plaintiff,<br>     v.<br><br>COUNTY OF SISKIYOU, et. al.<br><br>Defendants. | **CASE NO.  2:12-CV-02055-LKK-CKD**<br><br>**ORDER  RE STIPULATION ON DISPOSITIONAL DOCUMENTS** |

The parties Stipulation and Order on Dispositional Documents is hereby approved and ordered. Dispositional documents disposing of the case shall be filed within forty-five (45) days of the date of this Order.

Dated:  April 15, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER RE STIPULATION ON DISPOSITIONAL DOCUMENTS

1