SPINELLI, DONALD & NOTT
A Professional Corporation
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888

*Domenic D. Spinelli, SBN 131192*
*ATTORNEYS FOR* **Defendants**
**County of Siskiyou, Rose Ann Herrick, Siskiyou**
**County Board of Supervisors, Ann Waite**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA BACA, | **CASE NO. 2:12-CV-02055-LKK-CKD** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL** |
| COUNTY OF SISKIYOU, et. al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated:  May 10, 2013                    **SPINELLI, DONALD & NOTT**

                                        By:     /s/  Domenic  D. Spinelli         .
                                                Domenic D. Spinelli
                                                Attorney for Defendants

Dated:  May 28, 2013                    **LAW OFFICES THOMAS DIMITRE**

                                        By:     /s/ Thomas Dimitre
                                                Thomas Dimitre
                                                Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL

1

Dated:  May  28, 2013          **LAW OFFICES OF JOHN LAWRENCE**

                                     By:    /s/ John Lawrence         .
                                                  John W. Lawrence,
                                                  Attorney for Defendant,
                                                  Thomas Guarino

Dated:  May 28, 2013

                                     By:    /s/ David Prentice         .
                                                  David Prentice, Pro Per

### ORDER

**IT IS SO ORDERED.**

Dated:  May 30, 2013.

                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT